IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROSS DOWNING,            :

    Plaintiff,            :

                     Case No. 3:05CV328

           :

vs.                 District Judge Walter Herbert Rice
           :       Magistrate Judge Sharon L. Ovington

RED LOBSTER,

           :

    Defendant.

           :

---

**DECISION AND ENTRY ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS FILED ON FEBRUARY 21, 2007 (Doc. #25); GRANTING DEFENDANT'S MOTION TO DISMISS (Doc. #9); DISMISSING WITHOUT PREJUDICE PLAINTIFF'S AMENDED COMPLAINT (Doc. #4); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a de novo review of the Supplemental Report and

Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom

this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections

have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)

has expired, hereby **ADOPTS** said Supplemental Report and Recommendations.

It is therefore **ORDERED** that:

1.      The Supplemental Report and Recommendations filed on February 21, 2007 (Doc. #25) is ADOPTED in full;

2.      Defendant's Motion to Dismiss (Doc. #9) is GRANTED;

3.  Plaintiff's Amended Complaint (Doc. #4) is DISMISSED without prejudice; and

4.  The case is terminated on the docket of this Court.


                                    _____
                                         Walter Herbert Rice
                                    United States District Judge